## 43159. ENDSLEY v. INTERNATIONAL BUSINESS MACHINES CORPORATION.
(342 SE2d 308)

PER CURIAM.

Oliver H. Endsley III sued International Business Machines Corporation (IBM) praying for an injunction restraining the withholding of money from his salary to satisfy a claim of the Internal Revenue Service for delinquent taxes. The trial court granted IBM's motion to dismiss holding that the state courts lack subject matter jurisdiction because of 26 USC § 7421. Upon review of the record and arguments, we find the trial court to be correct.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 23, 1986.

Oliver H Endsley III, *pro se.*
*King & Spalding, David F. Guldenschuh, William A. Clineburg, Jr.,* for appellee.